## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Delia B. Contreras<br><br>Debtor(s) | Case No.: 19-14205<br>Chapter: 13<br>Plan filed on 05/16/2019<br>Confirmation Hearing: 7/10/19<br><br>Judge Jack B. Schmetterer |

### OBJECTION TO CONFIRMATION OF PLAN FILED ON 05/16/2019

**NOW COMES** OCWEN LOAN SERVICING, LLC AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2, and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 05/16/2019 and in support thereof states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 5/16/19 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2. Movant intends to file a claim secured by an interest in the real property commonly known as 4442 W Gunnison St Unit 1, Chicago, IL and that the Chapter 13 plan herein does not propose to maintaining current, post-petition mortgage payments;

3. Movant intends to file an estimated claim amount of $323.74 with post-petition mortgage payments in the amount of $276.26; however, the plan fails to provide for any post-petition mortgage payments to Movant;

4. That a confirmed plan might have the effect of binding Movant as a party to the bankruptcy to accept $0.00 a month each month for the pendency of the bankruptcy in contradiction of its rights under the mortgage and 11 U.S.C. §1322;

5. That sufficient grounds exist for denial of confirmation as Debtor's plan:

   a. Fails to provide for any post-petition mortgage payment.

6. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

> $500.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed

**WHEREFORE,** OCWEN LOAN SERVICING, LLC AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2007-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE2 prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this 5/31/2019.

Respectfully Submitted,
Codilis & Associates, P.C.

By:  /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-17-01529)**

NOTE: This law firm is a debt collector.