UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                )          BK No.:   19-14205
DELIA B CIRUELAS      )
                      )
                      )          Chapter: 13
                      )
                      )          Honorable Jack Schmetterer
                      )
                      )
      Debtor(s)       )

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY**

Having heard the facts presented, it appearing to the court that the Debtor(s) failure to appear or to produce requested information or documents is unreasonable and prejudicial to creditors.

IT IS THEREFORE ORDERED that this case is dismissed for unreasonable delay pursuant to 11 U.S.C. § 1307 (c) (1).

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 10, 2019

**Prepared by:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900